Annie S. Wang (CA SBN 243027)
annie@wangalc.com
J. Andrew Coombs, Of Counsel (CA SBN 123881)
andy@wangalc.com
Wang Law Corporation
1150 Foothill Boulevard, Suite E
La Cañada Flintridge, California 91011
Telephone:    (818) 500-3200
Facsimile:    (818) 500-3201

Attorneys for Plaintiffs
Sanrio Co. Ltd. and Sanrio, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sanrio Co. Ltd. and Sanrio, Inc., <br><br> Plaintiffs, <br> v. <br><br> ooShirts Inc., Little Raymond's Print Shop Inc., Raymond Lei, and Does 1 through 10, inclusive, <br><br> Defendants. | Case No. <br><br> PLAINTIFFS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS |

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed entity may have a financial interest in the subject matter in controversy or in a party to the proceeding:

1. Farmers Insurance, Insurance Carrier for Defendant(s)

DATED: April 13, 2018                           Wang Law Corporation

                                                By: _____
                                                     Annie S. Wang
                                                     J. Andrew Coombs, Of Counsel
                                                Attorneys for Plaintiffs Sanrio Co. Ltd. and Sanrio, Inc.