AO 121 (6/90)

| TO: | |
|---|---|
| **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION   ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO.    DATE FILED | USDC Northern District of California<br>280 South 1st Street<br>San Jose, CA 95113 |

| PLAINTIFF | DEFENDANT |
|---|---|
| Sanrio Co. Ltd. and Sanrio, Inc. | ooShirts Inc., Little Raymond's Print Shop Inc., Raymond Lei, and Does 1 through 10, inclusive |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | See Attached Exhibits | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☐ Order   ☐ Judgment | ☐ Yes   ☐ No | |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

**DISTRIBUTION:** 1) Upon initiation of action, mail copy to Register of Copyrights   2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights   3) Upon termination of action, mail copy to Register of Copyrights   4) In the event of an appeal, forward copy to Appellate Court   5) Case File Copy

# EXHIBIT A
# SANRIO CO.'S COPYRIGHTED DESIGNS

| Copyright Registration | Title of Work (Character) |
|---|---|
| TX 3-769-888 | SANRIO 1993 Product and Sales Promotion Catalog |
| VAu 684-322 | Sanrio 2005 Character Guide |
| VA 1-303-874 | Character Merchandising |
| VA 1-296-115 | 2004 – 100 Characters |
| VA 1-370-517 | Cotton Flower Summer 2006 Catalog No. 0602 |
| VA 148-780 | Hello Kitty Notebook |
| VA 1-342-775 | Sanrio 2002 Hello Kitty Style Guide |
| VAu 1-078-385 | Sanrio 2010 Character Guide |
| VAu 1-223-912 | Sanrio Character Mini Brochure 2015 |
| Vau 531-649 | Hello Kitty Head Dress 2001 |
| VA 1-434-211 | Hello Kitty with Teddy Bear Stickers (Supplement) |
| VA 246-420 | Hello Kitty with Teddy Bear Stickers |
| VA 811-440 | Bad Badtz Maru |
| VA 1-296-111 | CHARMMY KITTY / August 04 |
| VAu 498-617 | Chococat |
| VA 130-420 | Hello Kitty |
| VA 148-624 | Hello Kitty, Little Twin Stars, My Melody and Robby Rabbit Independence Day Stickers (Supplement) |
| VA 1-434-209 | Hello Kitty, Little Twin Stars, My Melody and Robby Rabbit Independence Day Stickers |
| VA 636-579 | KeroKeroKeroppi |
| VA 707-212 | KeroKeroKeroppi |
| VA 1-416-373 | keepin' it green (KEROPPI) |
| VA 1-370-525 | Hello Kitty Everyday Catalog October 2005 |
| VA 1-434-208 | Little Twin Stars with Unicorn Stickers |
| VA 246-421 | Little Twin Stars |
| VA 130-422 | Little Twin Stars |
| VA 840-495 | Monkichi |
| VA 130-419 | My Melody |
| VA 1-370-524 | MyMelody&KuromiHelloKittyEverydayCatalogDecember2005 |
| VA 130-421 | Patty & Jimmy |
| VA 636-582 | Pekkle |
| VA 840-496 | Picke Bicke |
| VA 636-580 | Pochaco |
| VA 148-625 | Tuxedo Sam |
| VA 840-494 | Winkipinki |
| VA 636-581 | Zashikibuta |
| VA 1-352-721 | Keroppi / Little Frog…Big Splash |
| Vau 1-078-385 | Sanrio 2010 Character Guide |
| VA 657-748 | KOBUTA NO PIPPO |
| VA 1-342-774 | SANRIO 2005 KEROPPI STYLE GUIDE |
| Vau 655-028 | THE RUNABOUTS – 2001 |
| VA 1-416-374 | TENORIKUMA(BLUE CAFE), MY MELODY(HEART), KUROMI(KUROMI5), CHARMMY KITTY(RABBIT), HELLO KITTY(LOGO) EVERYDAY CAT.JUNE 2006 |

| | |
|---|---|
| VA 1-416-375 | MASYUMARU(INTRO); CINNAMOROLL(SPORT); SUGARBUNNIES(DOUGHNUTS); CHARMMYKITTY(RABBIT); LITTLE TWIN STARS(STARS); HELLO KITTY(BEAR); EVERYDAY CATALOG JULY 2006 |
| VA 1-370-020 | PANDAPPLE(INTRO), FROOLIEMEW(FANCY), CHOCOCAT(DOT)/SANRIO 2005 PRODUCT CATALOG AUG NEW |
| VA 1-967-937 | Strawberry News No. 548/ Introducing Kirimichan and Gudetama, et al. |
| VA 1-303-873 | DOKIDOKI HOTDOG / THE CHILI PEPPER TRIO / CATALOG EVERYDAY 5 MAY 2003 |
| VA 1-967-946 | GUDETAMA Fan Book |
| VA 1-962-577 | Gudetama Clear Folder |
| VA 1-967-947 | Gudetama Philosophy |