AO 120 (Rev. 2/99)

| TO: <br><br> **Commissioner of Patents and Trademarks <br> Washington, DC  20231** | **REPORT ON THE <br> FILING OR DETERMINATION OF AN <br> ACTION REGARDING A PATENT OR <br> TRADEMARK** |
|---|---|

In Compliance with 35 § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been

filed in the U.S. District Court <u>Northern District of California</u> on the following   Ꮹ Patents or   ☒ Trademarks:

| DOCKET NO. | DATE FILED | U.S. DISTRICT COURT <br> Northern District of California - San Jose Division | | |
|---|---|---|---|---|
| PLAINTIFF <br><br> Sanrio Co. Ltd. and Sanrio, Inc. | | DEFENDANT <br> ooShirts Inc., Little Raymond's Print Shop Inc., Raymond Lei, <br> and Does 1 through 10, inclusive | | |
| **PATENT OR <br> TRADEMARK NO.** | **DATE OF PATENT <br> OR TRADEMARK** | **HOLDER OF PATENT OR TRADEMARK** | | |
| 1 | | See Attached Exhibits | | |
| 2 | | | | |
| 3 | | . | | |
| 4 | | | | |
| 5 | | | | |

In the above—entitled case, the following patent(s) have been included:

| DATE INCLUDED | INCLUDED BY <br> Ꮹ Amendment     Ꮹ Answer     Ꮹ Cross Bill     Ꮹ Other Pleading | | | |
|---|---|---|---|---|
| **PATENT OR <br> TRADEMARK NO.** | **DATE OF PATENT <br> OR TRADEMARK** | **HOLDER OF PATENT OR TRADEMARK** | | |
| 1 | | | | |
| 2 | | | | |
| 3 | | . | | |
| 4 | | | | |
| 5 | | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| <br><br><br><br> |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

**Copy 1—Upon initiation of action, mail this copy to Commissioner    Copy 3—Upon termination of action, mail this copy to Commissioner**
**Copy 2—Upon filing document adding patent(s), mail this copy to Commissioner    Copy 4—Case file copy**

**EXHIBIT B**

**SANRIO CO.'S TRADEMARKS**

| Trademark | Trademark Registration No. | Trademark Registration Date |
|---|---|---|
| Chococat | 2705163 | 4/8/2003 |
| Chococat | 2705164 | 4/8/2003 |
| | 1277721 | 5/15/1984 |
| | 1200083 | 7/6/1982 |
| | 4620152 | 10/14/2014 |
| | 4858353 | 11/24/2015 |
| | 4850654 | 11/10/2015 |
| | 4818053 | 9/22/2015 |
| | 4858350 | 11/24/2015 |

| | | |
|---|---|---|
| | 4850654 | 11/10/2015 |
| HELLO KITTY | 4850607 | 11/10/2015 |
| HELLO KITTY | 1279486 | 5/29/1984 |
| HELLO KITTY | 1215436 | 11/9/1982 |
| HELLO KITTY | 4845735 | 11/3/2015 |
| HELLO KITTY | 4845741 | 11/3/2015 |
| HELLO KITTY | 4620151 | 10/14/2014 |
| KEROPPI | 3449938 | 6/17/2008 |
| KEROPPI | 3181348 | 12/5/2006 |
| KEROPPI | 3531380 | 11/11/2008 |
| LITTLE TWIN STARS | 3245996 | 5/29/2007 |
| LITTLE TWIN STARS | 1341864 | 6/18/1985 |
| LITTLE TWIN STARS | 1192946 | 4/6/1982 |
| LITTLE TWIN STARS | 3245994 | 5/29/2007 |
| LITTLE TWIN STARS | 3245998 | 5/29/2007 |
| MY MELODY | 1210192 | 9/28/1982 |
| MY MELODY | 1305637 | 11/20/1984 |
| BADTZ MARU | 2284470 | 10/12/1999 |
| POCHACCO | 2236507 | 4/16/1999 |
| CHARMMY KITTY | 3096135 | 5/23/2006 |
| CHARMMY KITTY | 3505706 | 9/23/2008 |

| | | |
|---|---|---|
| CINNAMOROLL | 2952634 | 5/17/2005 |
| CINNAMOROLL | 2957587 | 5/31/2005 |
| SANRIO | 4850579 | 11/10/2015 |
| | 2696063 | 3/11/2003 |
| | 2693638 | 3/4/2003 |
| | 4623854 | 10/21/2014 |
| | 4850574 | 11/10/2015 |
| | 4850575 | 11/10/2015 |
| | 2742381 | 7/29/2003 |
| | 4854803 | 11/17/2015 |
| | 2435865 | 3/13/2001 |
| | 2435866 | 3/13/2001 |
| | 2742382 | 7/29/2003 |
| | 2742384 | 7/29/2003 |
| | 4760381 | 06/23/2015 |
| | 3445304 | 6/10/2008 |

| | | |
|---|---|---|
| | 3359801 | 12/25/2007 |
| | 3272377 | 7/31/2007 |
| | 4218125 | 10/2/2012 |
| | 3868138 | 10/26/2010 |
| | 5074715 | 11/1/2016 |
| | 5246978 | 7/18/2017 |
| GUDETAMA | 5074714 | 11/1/2016 |
| GUDETAMA | 5246977 | 7/18/2017 |
| gudetama the lazy egg | 5242102 | 7/11/2017 |
| gudetama the lazy egg | 5237626 | 7/4/2017 |
| KUROMI | 3583904 | 3/3/2009 |