```
 1  Annie S. Wang (CA SBN 243027)
    annie@wangalc.com
 2  J. Andrew Coombs, Of Counsel (CA SBN 123881)
    andy@wangalc.com
 3  Wang Law Corporation
    1150 Foothill Boulevard, Suite E
 4  La Cañada Flintridge, California 91011
    Telephone:    (818) 500-3200
 5  Facsimile:    (818) 500-3201
 6  Attorneys for Plaintiffs
    Sanrio Co. Ltd. and Sanrio, Inc.
 7
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| Sanrio Co. Ltd and Sanrio, Inc.,<br><br>            Plaintiffs,<br>v.<br><br>ooShirts Inc., Little Raymond's Print Shop Inc., Raymond Lei, and Does 1 through 10, inclusive,<br><br>            Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No.<br><br>PLAINTIFFS' DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE |
|---|---|---|

**REQUEST FOR ASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated:  April 13, 2018

Wang Law Corporation

By:_____
      Annie S. Wang
      J. Andrew Coombs, Of Counsel
Attorneys for Plaintiffs Sanrio Co. Ltd. and Sanrio, Inc.