**VEATCH CARLSON, LLP**  (SPACE BELOW FOR FILING STAMP ONLY)
A PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS
1055 Wilshire Boulevard, 11th Floor
LOS ANGELES, CALIFORNIA  90017
TELEPHONE (213) 381-2861
FACSIMILE (213) 383-6370

KEVIN R. LUSSIER (SBN 143821)
klussier@veatchfirm.com
KIM D. ASHLEY (SBN 253160)
kashley@veatchfirm.com

Attorneys for Defendants,
OOSHIRTS INC., LITTLE RAYMOND'S
PRINT SHOP INC., and RAYMOND LEI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANRIO CO. LTD. and SANRIO, INC.,<br><br>    Plaintiffs.<br><br>    v.<br><br>ooSHIRTS INC., LITTLE RAYMOND'S PRINT SHOP INC., RAYMOND LEI, and DOES 1 through 10, inclusive,<br><br>    Defendants. | CASE NO. 3:18-cv-02235-CRB<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

    Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

                                                        VEATCH CARLSON, LLP

DATED: June 14, 2018          BY:     ___/s/ Kim D. Ashley_____
                                                        KEVIN R. LUSSIER
                                                        KIM D. ASHLEY
                                                        Attorneys for Defendants,
                                                        OOSHIRTS INC., LITTLE RAYMOND'S
                                                        PRINT SHOP INC., and RAYMOND LEI